IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCOTT PATER,

    Plaintiff,

vs.

    Civil Action No.: 06-292
    Magistrate Judge MITCHELL

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this __10th__ day of __Oct.__, 2006, it is hereby

ORDERED that the above titled matter is DISMISSED.

_____
US District Judge